# IN THE CIRCUIT COURT OF THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Angela Pohancek            )
          Debtors,            )
                        ) No. 19-12764
                        ) Judge Hollis (Joliet)
                        ) ch 13

## Notice of Hearing on Objection to Claim

US Bank Trust NA as Trustee of the Chalet Series IV Trust c/o SN Sericing Corp, 323 5th Street Eureka, CA 95502 (by Mail )

Glenn Stearns Chapter 13 Trustee 4343 commerce Ct. #120, Lisle IL 60532(electronically through ECF)

Angela D. Pohancek 5311 Riviera Blvd Plainfield, IL 60586 (by mail)

Eric Feldman & Associates P.C. 123 W. Madison Suite 1650, Chicago, IL 60602

Rachel A. Stokas by ECF to ND-two@il.cslegal.com

Please take notice that on November 15, 2019 **at 10:45 a.m.** or as soon thereafter as may be heard, I shall appear at Joliet City Hall 150 West Jefferson Street, Joliet, IL 60432 and present debtor's attorney's OBJECTION TO CLAIM #16 of US Bank N. A.

                                                        **/s/Ronald D. Cummings**

Ronald D. Cummings
22600 Deer Path Lane
Plainfield, IL 60544
(815) 729-9212
ARDC#6195972

### CERTIFICATE OF SERVICE

I, Ronald D. Cummings, attorney for the debtor, certify that I served the foregoing notice of motion to the above mentioned parties in interest on October 16, 2019, by regular mail by depositing properly addressed prepaid postage envelopes to all parties on the above service list and depositing same in the US Mail at 22600 Deer Path Lane, Plainfield, IL 60544 at or before the hour of 5:00 p.m. (Except those parties designated to receive notice electronically through ECF)

                                                        **/s/Ronald D. Cummings**

IN THE CIRCUIT COURT OF THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Angela Pohancek )
       Debtors, )
)
) No. 19-12764
) Judge Hollis (Joliet)
) ch 13

## OBJECTION TO PROOF OF CLAIM OF US Bank Trust NA

NOW COMES, the Debtors, Angela Pohancek by and through her attorney, Ronald D. Cummings Objecting to the Proof of Claim of US Bank Trust NA (claim #16) and states as follows:

    1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

    2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy code and a plan of reorganization on May 2nd 2019.

    3. The asserted creditor US Bank NA (hereinafter the "creditor") filed a proof of claim (number 16) in the amount of $211,008.68 referencing a piece of real estate at 3719 South 57th Avenue, Cicero, IL 60804. (See attached Exhibit A)

    4. The creditor's claim is invalid for many reasons: First the Note and Mortgage are not signed by the Debtor but by Debtor's Stepfather and Her Mother. The Debtors Mother has been deceased for 10 years. The property was never probated and the debtor has never asserted any interest over the property. There is currently a Mortgage Foreclosure pending in the Circuit Court of Cook County 2017 CH 05806 filed on April 21, 2017 by Wells Fargo Financial Illinois.

    5 Creditor #16 is attempting to assert a lien against the debtor in a back door effort to either torpedo the debtors plan or extort money from the debtor.

    WHEREFORE, The Debtor respectfully prays that this Honorable Court enter an order disallowing the Proof of Claim #16 filed by this Creditor and for such other and further relief as is just and proper.

                      Respectfully Submitted.

                      /s/Ronald D. Cummings #6195972
                      Attorney for Debtor
                      22600 Deer Path Lane
                      Plainfield, IL 60544
                      815 729-9212